UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL ALLEN HAMILTON, | ) | Case No. CIV.F-90-363-OWW-P |
| | ) | |
| Petitioner, | ) | |
| | ) | <u>Death</u> <u>Penalty</u> <u>Case</u> |
| vs. | ) | |
| | ) | |
| ROBERT L. AYERS Jr., Acting Warden of San Quentin State Prison, | ) ) ) | Order Denying Petitioner's Request for Expanded Certificate of Appealability |
| | ) | |
| Respondent. | ) | |
| | ) | |

Petitioner Michael Allen Hamilton ("Hamilton") filed a notice of appeal and a request for expanded Certificate of Appealability ("COA") November 7, 2006. Hamilton's habeas petition was denied on the merits October 30, 2006, in a final memorandum decision. A COA was granted in part for Claim 2b and Claim 3b(4) and related Claim 8, in that decision.

Hamilton provides no argument or analysis in support of his request for an expanded COA. The request for an expanded COA is DENIED.

3  **IT IS SO ORDERED.**

4  Dated:    November 8, 2006                       /s/ Oliver W. Wanger
   b64h1h                                     **UNITED STATES DISTRICT JUDGE**